DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ARIEL MORTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D22-32

_____

September 20, 2023

Appeal from the Circuit Court for Pinellas County; Michael F. Andrews,
Judge.

Howard L. Dimmig, II, Public Defender, and David B. Falstad, Special
Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and ROTHSTEIN-YOUAKIM and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.